# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| Jesus Perez, | ) | |
| | ) | Case No. 17-cv-8234 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| James Fountalas, George Fountalas and | ) | |
| Mirage Restaurant, Inc. | ) | |
| | ) | Jury demanded |
| Defendants. | ) | |

## PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE AGAINST ALL DEFENDANTS

Plaintiff, by his undersigned Counsel, hereby voluntary dismisses his complaint, without prejudice, against Defendants, J James Fountalas, George Fountalas, and Mirage Restaurant, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A).

                                                Respectfully submitted,

                                                /s/    Jorge Sanchez
                                             One of Plaintiff's attorneys

Jorge Sanchez
Baldemar Lopez
Lopez & Sanchez LLP
77 W. Washington St., Suite 1313
Chicago, IL 60602
(312) 420-6784

Dated: February 27, 2018.